# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Christmas Tree Shops, LLC
Debtor

Bankruptcy Case No.: 23−10576−TMH

Bankruptcy Chapter: 7

George L. Miller

Plaintiff

ADVERSARY No. 25−50824−TMH

vs.

ARDEN ENGINEERING CONSTRUCTORS, LLC,

Defendant

**ORDER**

**AND NOW**, the Plaintiff having commenced this adversary proceeding on 5/5/25 ;

**And** the main case docket reflecting that the main bankruptcy case has been dismissed and/or the adversary docket reflecting that this matter may have been resolved or otherwise reflects an extended period of inactivity, it is hereby

**ORDERED** that the Plaintiff shall take the appropriate action (which may include requesting a status hearing) or file the appropriate motion to prosecute this proceeding within 30 days of the date of this Order. Upon failure to prosecute this proceeding, this adversary proceeding **may be DISMISSED** without further notice or opportunity for a hearing.

Thomas M Horan
Bankruptcy Judge

Date: 9/22/26
(VAN−437)

United States Bankruptcy Court
District of Delaware

Miller,
Plaintiff
ARDEN ENGINEERING CONSTRUCTORS, LLC,,
Defendant

Adv. Proc. No. 25-50824-TMH

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: van437 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 22 2026 20:12:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 22 2026 20:12:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | | Email/Text: gmiller@mctllp.com | Sep 22 2026 20:12:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford J. Sandler | on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com abates@pszjlaw.com |

Peter J Keane
on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com

TOTAL: 2